```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/02/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

M.W. and P.C., individually and on behalf
of M.C.

                       Plaintiffs,

    -against-

NEW YORK CITY DEPARTMENT OF
EDUCATION.,

                      Defendant.
-----------------------------------------------------------------X

**22-CV-1446 (JMF) (KHP)**

**ORDER ADJOURNING INITIAL
CASE MANAGEMENT
CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

In light of the Notice of Voluntary Dismissal filed on April 1, 2022 (doc. no 14) the Initial Case Management Conference currently scheduled for **May 17, 2022** is hereby adjourned *sine die*.

    SO ORDERED.

DATED:    New York, New York
               April 2, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge